No. 179. WARD ROPER ET AL., PLAINTIFFS IN ERROR, *v.* A. C. SCURLOCK ET AL. In error to the Court of Civil Appeals for the Fifth Supreme Judicial District of the State of Texas. March 7, 1904. Dismissed with costs, on motion of *Mr. George Clark* for the plaintiffs in error. *Mr. George Clark* for plaintiffs in error. *Mr. C. K. Bell* for defendants in error.

---

No. 276. AMERICAN PRESS ASSOCIATION, APPELLANT, *v.* DAILY STORY PUBLISHING COMPANY. Appeal from the United States Circuit Court of Appeals for the Seventh Circuit. March 7, 1904. Dismissed on authority of counsel for appellant. *Mr. A. H. Veeder* for appellant. No appearance for appellee.

---

No. 543. MAURICE RUNKLE, APPELLANT, *v.* WILLIAM HENKEL, UNITED STATES MARSHAL. Appeal from the Circuit Court of the United States for the Southern District of New York. March 7, 1904. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles A. Douglas* for appellant. *The Attorney General* for appellee.

---

No. 639. LEUNG SING, OR LONG SING, APPELLANT, *v.* THE UNITED STATES. Appeal from the District Court of the United States for the Eastern District of New York. April 4, 1904. Docketed and dismissed and mandate granted, on motion of *Mr. Solicitor General Hoyt* for the appellee. No one opposing.